# INVOICE

**FOX Reporting, Inc.**
4550 Post Oak Place, Suite 201
Houston, TX 77027
Phone:713-622-1580   Fax:281-768-5540

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 15561 | 6/29/2012 | 12834 |
| **Job Date** | **Case No.** | |
| 6/6/2012 | 4:11-CV-02550 | |
| | **Case Name** | |
| | MICHAEL E. POLLAK V. TIMOTHY GEITHNER | |
| | **Payment Terms** | |
| Due upon receipt | | |

Kenneth Shaitelman
United States Attorney's Office
1000 Louisiana, Suite 3200
Houston, TX 77002

*PAID EFF TRS DATE*

FOR A COPY OF THE DEPOSITION OF:

JAMES MATLOCK                                                           540.02

**TOTAL DUE >>>**                    $540.02

ACN *0E4079* INV DT *120629* INV AMT *540.02*
YREGDOC *L7938200* REC'D DESG OFC *120712*
OGL MO *1110* SOC *2500* GOOD'S REC *120712*
*FSOC 2508*

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
To pay your Invoice on-line please go to http://fox-reporting.reporterbase.com/attorney

We appreciate your business.

*itemization attached*

I hereby certify that this invoice
is correct and proper for payment.

*Paula Mitchell 8/16/12*
Approving Officer          Date

I certify that these goods and/or services were
received on *7/12/12* and accepted on *7/12/12.*
Oral purchase was authorized and no confirming
order has been issued. _____ *7/24/12*
Sign and Date

I hereby certify that the above goods
or services have been received.

_____  *7/12/12*
Signature          Date

**Tax ID:** 71-0938618                          Phone: 713.567.9609   Fax:713.718.3303

*Please detach bottom portion and return with payment.*

Kenneth Shaitelman
United States Attorney's Office
1000 Louisiana, Suite 3200
Houston, TX 77002

Invoice No.   : 15561
Invoice Date  : 6/29/2012
**Total Due    : $ 540.02**

Remit To: **FOX Reporting, Inc.**
          **4550 Post Oak Place, Suite 201**
          **Houston, TX 77027**

Job No.    : 12834
BU ID      : MAIN
Case No.   : 4:11-CV-02550
Case Name  : MICHAEL E. POLLAK V. TIMOTHY GEITHNER