# INVOICE

Sunbelt Reporting & Litigation Services
6575 West Loop South, Suite 580
Bellaire, TX 77401
Phone:800-666-0763 Fax:713-661-3838

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 162888 | 6/27/2012 | 100976 |
| Job Date | Case No. | |
| 6/1/2012 | 4:11-CV-02550 | |
| Case Name | | |
| MICHAEL E. POLLACK V. THOMAS F. GEITHNER | | |
| Payment Terms | | |
| Due upon receipt | | |

Pamela Morgan
U.S. Attorney's Office Southern District of Texas
1000 Louisiana, Suite 2300
Houston, TX 77002

Charge for Preparation of Original Transcript for:

| | | | | |
|---|---|---|---|---|
| MICHAEL E. POLLACK | 228.00 Pages | @ | 4.80 | 1,094.40 |
| Exhibit | 382.00 Pages | @ | 0.35 | 133.70 |
| Delivery & Handling | | | 20.00 | 20.00 |
| ASCII Conversion File CD | | | 15.00 | 15.00 |
| US ATTORNEY ADMIN FEE | | | 25.00 | 25.00 |
| | | TOTAL DUE >>> | | $1,288.10 |

Ordered By : Kenneth Shaitelman
U.S. Attorney's Office Southern District of Texas
1000 Louisiana, Suite 2300
Houston, TX 77002

INVOICE(S) DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT'S PAYMENT.
WE APPRECIATE YOUR BUSINESS!

I hereby certify that this invoice is correct and proper for payment.

Approving Officer    Date

Tax ID: 76-0119034

Phone: 713.567.9000    Fax:713.718.3306

*Please detach bottom portion and return with payment.*

Pamela Morgan
U.S. Attorney's Office Southern District of Texas
1000 Louisiana, Suite 2300
Houston, TX 77002

I hereby certify that the above goods or services have been received.
Signature    Date

| | | | |
|---|---|---|---|
| Job No. | : 100976 | BU ID | : 18- AUSA |
| Case No. | : 4:11-CV-02550 | | |
| Case Name | : MICHAEL E. POLLACK V. THOMAS F. GEITHNER | | |
| Invoice No. | : 162888 | Invoice Date | : 6/27/2012 |
| Total Due | : $1,288.10 | | |

**PAYMENT WITH CREDIT CARD**    AMEX  MC  VISA

Cardholder's Name:
Card Number:
Exp. Date:            Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: Sunbelt Reporting & Litigation Services
6575 West Loop South, Suite 580
Bellaire, TX 77401